# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATHLEEN DAVISON

VERSUS

PAUL ADKINS DAVISON, III

NO. 2023 CW 0394

**JULY 18, 2023**

---

In Re:     Kathleen Davison, applying for rehearing, Family Court in and for the Parish of East Baton Rouge, No. 169,757.

---

**BEFORE:     THERIOT, WOLFE, AND MILLER, JJ.**

**WRIT GRANTED WITH ORDER.** On March 6, 2023, the trial court signed a written judgment in this matter rendering judgment on various pleadings filed by the parties following a February 6, 2023 trial on the merits. In particular, the March 6, 2023 judgment set child support arrearages owed by Paul A. Davison, III ("Paul") in the amount of $66,257.18 as of February 28, 2023, and made that sum executory. However, the March 6, 2023 judgment did not render judgment on claims raised by relator, Kathleen Davison ("Kathleen"), in her reconventional demand filed on April 12, 2022. Kathleen's reconventional demand alleges Paul failed to make an equalization payment pursuant to an August 6, 2012 partition judgment, and this claim appears factually related to the calculation of Paul's child support arrearages. Furthermore, the February 6, 2023 trial transcript indicates that the trial court heard evidence from both parties regarding Kathleen's reconventional demand. Therefore, we find the trial court erred by failing to render judgment on the claims alleged in Kathleen's reconventional demand. See **Smith v. White**, 398 So.2d 178 (La. App. 3d Cir. 1981) and **Smitherman, Lunn, Chastain & Hill v. Killingsworth,** 561 So.2d 816 (La. App. 2d Cir. 1990). Accordingly, the March 6, 2023 judgment is vacated, and this matter is remanded to the trial court for rendition of a judgment addressing all claims litigated during the February 6, 2023 trial on the merits, including those set forth in Kathleen Davis's reconventional demand.

**MRT**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT